# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2006

130698(55)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HIGHLAND-HOWELL DEVELOPMENT
COMPANY, LLC,
      Petitioner-Appellant,

v

TOWNSHIP OF MARION,
      Respondent-Appellee.

_____

SC:   130698
CoA:  262437
MTT:  00-307906

On order of the Chief Justice, the motion by the Michigan Association of Home Builders for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2006

_____
Clerk